# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 26, 2025

Kolya David Glick
ARNOLD & PORTER
601 Massachusetts Avenue, N.W.
Washington, DC  20001-3743

RE:  25-1315  In re: Charter Communications, Inc., et al

Dear Counsel:

Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Susan E. Bindler
Clerk of Court

NDG

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Missouri
    Kirby Hsu
    John S. Kingston
    Ashley Lynn Kirk
    Irfan A. Lateef
    Paul J. Loh
    Elizabeth A. Long
    Michelle Millard
    Michael T. Raupp
    Daniel Reisner
    Kyle P. Seelbach
    Roman Paul Wuller

District Court/Agency Case Number(s):   4:24-cv-00199-CDP

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  25-1315

_____

In re: Charter Communications, Inc.; Charter Communications Operating LLC

Petitioners

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00199-CDP)

---

## JUDGMENT

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

    Petition for writ of mandamus has been considered by the court and is denied. Mandate shall issue forthwith.

March 26, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler