UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 4:24 CV 199 CDP |
| UBEE INTERACTIVE, INC., | ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Given that the Eighth Circuit Court of Appeals has concluded its mandamus review [97, 98],

**IT IS HEREBY ORDERED** that the stay of this matter is lifted.

**IT IS FURTHER ORDERED** that this case is removed from the October 6, 2025 trial docket, to be reset by later order.

**IT IS FURTHER ORDERED** that counsel shall meet and confer and no later than **April 30, 2025**, file a joint amended scheduling plan which sets forth deadlines for all steps necessary for the completion of this case, including a new deadline for production of the discovery ordered by the Court on January 27, 2025 (ECF 81), deadlines for completion of discovery and for filing and briefing of dispositive and *Daubert* motions, and a new trial date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2025.